# United States District Court

**E-FILING**

NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 AUG 13 P 2: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Jose CONTRERAS-Castaneda
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 07-70481 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, July 03, 2007, in Santa Clara County in the Northern District of California defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title 8 United States Code, Section(s) 1326

I further state that I am a(n) Deportation Officer (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

8/13/07 at San Jose, California
Date                              City and State

Howard R. Lloyd
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**RE:** CONTRERAS-Castaneda, Jose A73 431 207

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. CONTRERAS-Castaneda is a 28-year-old male who has used thirteen (13) aliases and four (4) dates of birth in the past.

(2)   Mr. CONTRERAS-Castaneda has been assigned one (1) Alien Registration number of A73 431 207, FBI number of 794425CB4, California Criminal Information Index number of A12484327, and a Santa Clara County Personal File Number of DPA944.

(3)   Mr. CONTRERAS-Castaneda is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on five (5) occasions from the United States:

| **DATE** | **PLACE OF DEPORTATION** |
| --- | --- |
| June 20, 1996 | Laredo, TX |
| June 19, 1998 | Nogales, AZ |
| January 09, 2001 | Nogales, AZ |
| December 17, 2003 | Calexico, CA |
| October 21, 2004 | Nogales, AZ |

(4)   Mr. CONTRERAS-Castaneda last entered the United States at or near Calexico, CA on or after October 21, 2004, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. CONTRERAS-Castaneda on a date unknown, but no later than July 3, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On July 5, 2007, Mr. CONTRERAS-Castaneda was interviewed by Immigration Enforcement Agent (IEA) James Freer at the Santa Clara County Main Jail, San Jose, CA, and during that interview, Mr. CONTRERAS-Castaneda was advised of his **Miranda** rights in English. Mr. CONTRERAS-Castaneda waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE: CONTRERAS-Castaneda, Jose A73 431 207

(6) Mr. CONTRERAS-Castaneda was, on September 17, 1997, convicted in the United States District Court, Northern District of Iowa, for the offense of ILLEGAL RE-ENTRY FOLLOWING DEPORTATION, a felony, in violation of Title 8 USC, Section 1326, and was sentenced to twelve (12) months in prison.

(7) Mr. CONTRERAS-Castaneda was, on January 4, 2001, convicted in the Superior Court of California, in and for the County of South San Francisco, for the offense of BATTERY, a misdemeanor, in violation of Section 242 of the California Penal Code, and was sentenced to thirty (30) days in jail.

(8) Mr. CONTRERAS-Castaneda was, on July 02, 2001, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of INFLICT CORPORAL INJURY ON SPOUSE, COHABITANT, FORMER SPOUSE, an aggravated felony, in violation of Section 273.5(a) of the California Penal Code, and was sentenced to two (2) years in prison.

(9) On the basis of the above information, there is probable cause to believe that Mr. TORRES-Calderon illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 13 day of Aug, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE