No. **CR-08 00543 RMW**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2008 AUG 13 P 2:09
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

---

## THE UNITED STATES OF AMERICA

vs.

## JOSE CONTRERAS-CASTANEDA

---

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
Foreperson

---

Filed in open court this ___13___ day of ___August___

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

---

Bail. $ _____

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,          )   CR 08 00543
13        Plaintiff,                    )
                                        )   VIOLATION: 8 U.S.C. § 1326 –
14        v.                            )   Illegal Re-Entry Following Deportation
                                        )
15  JOSE CONTRERAS-CASTANEDA,           )
                                        )
16                                      )
          Defendant.                    )   SAN JOSE VENUE
17  _____)
18
19                              I N D I C T M E N T
20  The Grand Jury charges:
21      On or about July 3, 2008, the defendant
22                      JOSE CONTRERAS-CASTANEDA,
23  an alien, previously having been excluded, deported, and removed from the United States on or
24  about June 20, 1996, June 19, 1998, January 9, 2001, December 17, 2003, and October 21, 2004,
25  was found in the Northern District of California, the Attorney General of the United States and
26  //
27  //
28  //

INDICTMENT

FILED
08 AUG 13 PM 2:07
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States.

It is further alleged that the defendant was removed from the United States subsequent to a conviction for commission of an aggravated felony.

All violation of United States Code, Sections 1326(a) and (b).

DATED: 8/13/08

A TRUE BILL.

_Ramona Wills_
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_[signature]_
MATTHEW PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _[signature]_ )
SAUSA CHAD MANDELL

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

*E-FILING*

**DEFENDANT - U.S.**

▶ JOSE CONTRERAS-CASTANEDA

DISTRICT COURT NUMBER

CR-08 00543  RMW

*FILED 2008 AUG 13 P 2:09 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.*

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70481 HRL

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  SAUSA CHAD MANDELL

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: