1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JOSE CONTRERAS-CASTANEDA

   *E-FILED - 3/6/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-00543-RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |
| v. | ) | |
| JOSE CONTRERAS-CASTANEDA | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, March 9, 2009 at 9:00 a.m., be continued to Monday, March 16, 2009, at 9:00 a.m. The continuance is requested to allow continued defense investigation and preparation.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 3/5/09                    _____/s/_____
                                 LARA S. VINNARD
                                 Assistant Federal Public Defender

Dated: 3/5/09                    _____/s/_____
                                 CHAD MANDELL
                                 Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSE CONTRERAS-CASTANEDA,<br><br>　　　　　Defendant. | No. CR-08-00543-RMW<br><br>**[] ORDER CONTINUING<br>HEARING AND EXCLUDING TIME** |

　　　　The parties have jointly requested a continuance of the hearing set for Monday, March 9, 2009, to allow time for the defense to complete investigation.

　　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, March 9, 2009, be continued to Monday, March 16, 2009, at 9:00 a.m.

　　　　Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 9, 2009 to March 16, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 3/6/09

_____
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR-08-00543                                        2